IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 622-006 |
| | ) | |
| LUCKY S. OTT, JR. | ) | |

**O R D E R**

Before the Court is the parties' joint motion to designate this case as complex and for an extension of time to file pretrial motions. (Doc. no. 45.)

The Indictment alleges a complex, multifaceted conspiracy to defraud the United States by submission of fraudulent healthcare claims. (See doc. no. 1.) Discovery involves hundreds of thousands of pages of documents. (Id. at 2.) The Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that this case is so unusual or complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161(c)(1). The Court further finds the ends of justice served by granting the motion outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, the Court **GRANTS** the motion to designate this case as complex and excludes the time from September 1, 2023, until further ruling of the Court from computation under the Speedy Trial Act.

Moreover, for the reasons stated in the joint motion for an extension of time to file pretrial motions, the Court **GRANTS** an extension from September 1, 2023, to December 1, 2023. By this same order declaring the case complex, the period of delay resulting from this

extended motions period is excluded in computing the time within which the trial of this matter may commence.

Counsel shall not file "preliminary" motions. All motions must comply with LR Crim. 12.1, including the provisions concerning affidavits, citations to record evidence, and supporting memoranda.

SO ORDERED this 1st day of September, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA