**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

UNITED STATES OF AMERICA     *
                                  *

    v.                         *       CR 622-006
                                    *

LUCKY S. OTT, JR.            *

**O R D E R**

On July 2, 2024, the government objected pursuant to Fed. R. Crim. P. 59(a) to the Magistrate Judge's Order granting in part and denying in part the government's motion to compel disclosure of and discovery regarding an advice of counsel defense. (Docs. 55, 78-79, 81.)

Pursuant to Fed. R. Crim. P. 59(a) and 28 U.S.C. § 636(b)(1)(A), this Court reviews the Magistrate Judge's Order to determine whether it is "clearly erroneous" or "contrary to law." See United States v. Schultz, 565 F.3d 1353, 1357 (11th Cir. 2009). Findings of fact "are 'clearly erroneous when, although there is evidence to support [them], the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed.'" Johnson & Johnson Vision Care, Inc., v. 1-800 Contacts, Inc., 299 F.3d 1242, 1246 (11th Cir. 2002) (citing Univ. of Ga. Athletic Ass'n v. Laite, 756 F.2d 1535 (11th Cir. 1985)). A review of the Magistrate Judge's application of the law is de novo, as the "application of an improper legal

standard . . . is never within a court's discretion." <u>Id.</u> (internal citation omitted).

Far from being clearly erroneous or contrary to law, the Magistrate Judge's Order carefully balances the parties' rights and their joint interest in exchanging information in advance of trial to avoid unnecessary delay.

For these reasons, the Court **OVERRULES** the government's objections, (doc. 81), and **AFFIRMS** the Magistrate Judge's Order, (doc. 79).

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of July, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA