IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CR 622-006 |
| LUCKY S. OTT, JR. | * | |

**ORDER**

Before the Court is nonparty Adrienne Dresevic's Motion to Quash Trial Subpoena. (Doc. 130.) For the following reasons, Dresevic's motion is **DENIED AS MOOT**.

Dresevic alleges Defendant's subpoena should be quashed because it does not satisfy Rule 17 and compliance is unreasonable given the immateriality of the proffered testimony. (Id. at 3, 5.) Dresevic, an attorney, formerly represented Defendant and alleges Defendant seeks to call her to testify about her recollection of statements she made in this capacity. (Id. at 3.)

On October 27, 2025, the United States of America rested its case. Subsequently, Defendant filed a motion for acquittal under Rule 29(a), and the Court granted Defendant's motion. (Doc. 131.) **IT IS THEREFORE ORDERED** that Dresevic's motion to quash (Doc. 130) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of October, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA