GAS 245A (Rev 07/2004) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

## Southern District of Georgia

UNITED STATES OF AMERICA

V.

LUCKY S. OTT, JR.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: CR622-006

The Court having granted the Defendant's Motion for Acquittal; IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

J. RANDAL HALL, DISTRICT JUDGE
Name and Title of Judge

October 28, 2025
Date